3
Mark A. Wolff (175570)
WOLFF & WOLFF
8861 Williamson Drive, Suite 30
Elk Grove CA 95624
Phone: (916) 714-5050
Fax:   (916) 714-5054
e-mail: attorneys@wolffandwolff.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Katherine Breckenridge | 10-35032-E-13L<br><br>Chapter 13 |

## NOTICE TO CREDITORS

You are hereby notified that the debtor has filed a proposed Chapter 13 plan which includes a motion to value the collateral of Banco Popular North America for 9175 Grove Street, Elk Grove, California 95624. If you oppose the motion and/or wish to object to confirmation of the chapter 13 plan, it is incumbent on you to file and serve an objection no later than 7 calendar days after the first date set for the meeting of creditors held pursuant to 11 U.S.C. § 341 (a) and set it for hearing on **August 31, 2010 at 2:00PM** in the United States Bankruptcy Court, Eastern District of California, Sacramento Division at 501 I Street, 6th Floor, Courtroom 33, Department E, Sacramento, California.

Creditors, as well as the Trustee, may object to the confirmation of the Chapter 13 plan and to the granting of any valuation or lien avoidance motion included with the plan.

| | |
|---|---|
| 1 | An objection and a notice of hearing must be filed and served upon the debtor, the |
| 2 | debtor's attorney, and the Trustee within 7 calendar days after the first date set for the |
| 3 | meeting of creditors held pursuant to the 11 U.S.C. § 341 (a). The objection shall be set |
| 4 | on the confirmation hearing date and time designated in the Notice of Chapter 13 |
| 5 | Bankruptcy Case, Meeting of Creditors, & Deadlines as the confirmation hearing. The |
| 6 | objection shall comply with Local Bankruptcy Rule 9014-1(a)-(e), (f) (2), & (g)-(1), |
| 7 | including the requirement for a Docket Control Number on all documents relating to the |
| 8 | objection. The notice of hearing shall inform the debtor, the debtor's attorney, and the |
| 9 | Trustee that no written response to the objection is necessary. Absent a timely objection |
| 10 | and a properly noticed hearing on it, the court may confirm the Chapter 13 plan and grant |
| 11 | the motions without a hearing. |

Respectfully submitted,

Wolff & Wolff

Dated: 6/17/10

By: _____

Mark A. Wolff

1. Debtor's attorney at:
   Mark A Wolff
2. Wolff & Wolff
   8861 Williamson Drive Ste 30
3. Elk Grove CA 95624

4.
Debtors at:
5. Katherine Breckenridge
   9175 Grove Street
6. Elk Grove, CA 95624

7. Chapter 13 Trustee at:

8. [x] Lawrence J. Loheit
       Chapter 13 Trustee
9.     PO Box 1858
       Sacramento CA 95812-1858

10.
11. [ ] Jan P Johnson
        Chapter 13 Trustee
        PO Box 1708
12.     Sacramento CA 95812-1708

13. [ ] Russell Greer
        Chapter 13 Trustee
14.     P O Box 3051
        Modesto, CA 95353-3051